IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WEAKLEY, | ) | |
| | ) | |
| Plaintiff (*Pro Se*), | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-00101 |
| | ) | |
| CARGO NETWORK LEASING INC., | ) | |
| PUTNIK EXPRESS, and PERICA | ) | District Judge Reeves |
| MANOJLOCIC | ) | Magistrate Judge Corker |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, FOR IMPROPER VENUE, OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE

Defendants, Cargo Network Solutions, Inc. d/b/a Putnik Express ("Cargo Network")[1], Global Cargo Leasing Inc. d/b/a Global Leasing Inc. ("Global Leasing")[2], and Perica Manojlovic (collectively, "Defendants"), respectfully move this Court to dismiss this action for lack of personal jurisdiction over the Defendants pursuant to Fed. R. Civ. P. 12(b)(2), or, alternatively, for improper venue pursuant to Fed. R. Civ. P. 12(b)(3), or, alternatively, to transfer this action pursuant to 28 U.S.C. § 1404(a) to the U.S. District Court for the Northern District of Illinois, Eastern Division. In support of this motion, Defendants state as follows:

1. This Court does not have personal jurisdiction over the Defendants, and it is not a proper venue for this action. Cargo Network and Global Leasing are Illinois corporations whose principal (and sole) offices are in Des Plaines, Illinois. They have no offices, facilities, property, or employees in Tennessee. Perica Manojlovic, the President of Global Leasing, is an Illinois resident who does not directly engage in any activities in Tennessee. Further, Plaintiff's

---

[1] Incorrectly named in the Complaint as "Putnik Express".
[2] Incorrectly named in the Complaint as "Cargo Network Leasing Inc."

1

purported cause of action arises solely from events and transactions that occurred at Cargo Network's and Global Leasing's offices in Des Plaines in May 2018. Plaintiff's claim does not arise from or relate to any contacts or activities of the Defendants in Tennessee. Therefore, the Court should dismiss this action for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2), or, alternatively, for improper venue under Rule 12(b)(3), or, alternatively, transfer this action to the U.S. District Court for the Northern District of Illinois, Eastern Division.

2. In further support of this motion, Defendants submit and rely upon the following:

a. Declaration of Miljan Ivezic, the Safety and Loss Control Manager for Cargo Network, attached hereto as **Exhibit 1**;

b. Declaration of Perica Manojlovic, the President of Global Leasing, attached hereto as **Exhibit 2**; and

c. Defendants' contemporaneously-filed memorandum in support of this motion.

WHEREFORE, Defendants respectfully request that the Court:

A. Enter an Order granting this motion and dismissing this action for lack of personal jurisdiction pursuant to Rule 12(b)(2), or, alternatively, for improper venue pursuant to Rule 12(b)(3);

B. Alternatively, enter an Order granting this motion and transferring this action to the U.S. District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1404(a); and

C. Grant Defendants such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Frankie N. Spero*
Frankie N. Spero (BPR No. 29408)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: (615) 252-2334
F: (615) 252-6334
fspero@bradley.com
*Attorney for Global Cargo Leasing, Inc., Cargo Network Solutions Inc., and Perica Manojlovic*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing is being served on this the 10th day of December, 2018, via U.S. Mail, first class postage prepaid, and email, on the following:

Timothy Weakley
414 East Mountain View Rd., Apt. 503
Johnson City, Tennessee 37601-1277
timothyweakley@yahoo.com

/s/ *Frankie N. Spero*
Frankie N. Spero