# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Timothy Weakley v. Cargo Network Leasing, Inc. et al

Case Number: 19-CV-4402

An appearance is hereby filed by the undersigned as attorney for:

Cargo Network Solutions, Inc., Global Cargo Leasing, Inc., and Perica Manojlovic

Attorney name (type or print): Matthew P. Barrette

Firm: Blitch Westley Barrette, S.C.

Street address: 1550 Spring Road, Suite 120

City/State/Zip: Oak Brook, Illinois 60523

Bar ID Number: 6274523
(See item 3 in instructions)

Telephone Number: (312) 283-4220

Email Address: mbarrette@bwesq.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/5/2019

Attorney signature: S/ Matthew P. Barrette
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015