## NOTIFICATION AS TO AFFILIATES

Now come the Defendants Global Cargo Leasing, Inc. and Cargo Network Solutions, Inc. and pursuant to L.R. 3.2, the Defendants certify that they are not publicly held entities and neither Defendant has any publicly held affiliates.

/s/ Matthew P. Barrette

Attorney for Defendants