**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY WEAKLEY, | ) | |
| Plaintiff, | ) ) ) | Case No. 19 CV 4402 |
| v. | ) ) | |
| CARGO NETWORK LEASING, INC., PUTNIK EXPRESS, and PERICA MANOJLOVIC, | ) ) ) ) | Judge Andrea R. Wood |
| Defendants. | ) ) | |

To: Timothy Weakley
414 East Mountain View Rd.
Apt. 503
Johnson City, Tennessee 37601

**NOTICE OF FILING**

Please take notice that on July 12, 2019, I filed the following documents with the Clerk of the District Court utilizing the Court's ECF electronic Filing System:

1. Answer;
2. Counterclaim; and
3. Third-Party Complaint.

/s/ Matthew P. Barrette

BLITCH WESTLEY BARRETTE, S.C.
1550 Spring Road, Suite 100
Oak Brook, Illinois 60523
(313) 283-4220
mbarrette@bwesq.com

**CERTIFICATE OF SERVICE**

I, Matthew P. Barrette, an attorney, certify pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that I caused this Notice and the documents identified above to be served on the individuals identified above on July 12, 2019 by causing same to be placed in the US Mailbox, proper postage prepaid.

/s/ Matthew P. Barrette