UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Timothy Weakley
                                    Plaintiff,
v.                                                          Case No.: 1:19−cv−04402
                                                            Honorable Andrea R. Wood
Cargo Network Leasing Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 24, 2020:

   MINUTE entry before the Honorable Susan E. Cox: Plaintiff has failed to comply with this Court's order of 12/3/2019 [33] requiring that Plaintiff submit its settlement conference submission by 1/22/2020. Plaintiff must submit its demand or a motion to reset the settlement conference on or before 1/27/2020. If Plaintiff fails to do so, the settlement conference will be stricken for failure to comply with this Order. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.