**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY WEAKLEY,  )<br>    Plaintiff,  )<br>)<br>    v.  )<br>)<br>CARGO NETWORK LEASING, INC.,  )<br>PUTNIK EXPRESS, and PERICA  )<br>MANOJLOVIC,  )<br>    Defendants.  )<br>_____  )<br>)<br>GLOBAL CARGO LEASING, INC., dba  )<br>GLOBAL CARGO, INC.,  )<br>    Counter-plaintiff,  )<br>)<br>    v.  )<br>)<br>TIMOTHY WEAKLEY  )<br>    Counter-defendant.  )<br>_____)<br>)<br>CARGO NETWORK SOLUTIONS, INC.  )<br>Dba PUTNIK EXPRESS,  )<br>    3RD Party Plaintiff,  )<br>)<br>    v.  )<br>)<br>WEAKLES TRUCKING SERVICES, INC., )<br>    3RD Party Defendant.  ) | Case No. 19 CV 4402<br><br>Judge Andrea R. Wood |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

    Mary Cannon Veed moves the Court for leave to withdraw as counsel for Plaintiffs and counter-defendants Timothy Weakley and Weakles Trucking Services, Inc.

    In support of her motion, she shows the court that she was appointed as Settlement Assistance Program Counsel on November 14, 2019 by order of this Court. Mr. Weakley, on behalf of himself and the third party defendants herein, executed an engagement letter accepting representation by movant on December 1, 2019. Following an inconclusive settlement conference

and unsuccessful efforts to obtain information concerning the truck involved in the dispute, the undersigned suggested to Mr. Weakley, and he agreed, that a proposed settlement should be offered to the defendants. The undersigned communicated the proposal to opposing counsel, who accepted it on July 1. I mailed the Defendants proposed settlement agreement to Mr. Weakley shortly thereafter, with a request that it be signed and returned as soon as possible.

Since July 1, I have made several attempts to communicate with Mr. Weakley by phone and email, but he has been unresponsive, and the phone number previously supplied to me is not in service. Under these circumstances, it is not possible for the undersigned to continue to represent the Plaintiff.

A letter and a draft of this motion were sent to Mr. Weakley by email and certified mail directed to his last known address on August 10, 2020. Attached as Exhibit A hereto is a copy of the US Post Office Electronic Delivery Confirmation reflecting delivery of that letter on August 15. Attached as Exhibit B hereto is a copy of the letter as mailed. Attached as Exhibit C hereto is a proposed Order granting this motion. Attached as Exhibit D hereto is the Court's form for Notification of Contact Information which includes the contact information provided to me by Mr. Weakley.

/s/ Mary Cannon Veed_____
Settlement Counsel for Plaintiff

Mary Cannon Veed & Associates
838 South Garfield
Hinsdale, IL  60521
mcv@veedlaw.com
630-222-4030

**Certificate of Service**

The undersigned certifies that on the __st day of September, 2010, I electronically filed the foregoing **MOTION FOR LEAVE TO WITHDRAW** with the Clerk of Court using the CM/ECF system, which will send such notification to each of the following:

Timothy Weakley
414 East Mountain View Road Apt 503
Johnson City, TN  37601-1277
timothyweakley@yahoo.com

Matthew Barrette
Blitch Westley Barrette, S.C.
1550 Spring Road
Suite 120
Oak Brook, IL 60523
mbarrette@bwesq.com

In addition, on the same date, I served a copy of the same Motion by both U.S. mail and email directed to Mr. Weakley at the postal and email addresses listed above.

/s/    Mary Cannon Veed
Settlement Counsel for Plaintiff

Mary Cannon Veed & Associates
838 South Garfield Avenue
Hinsdale, IL  60521
mcv@veedlaw.com
630-222-4030