# Electronic Delivery Confirmation™



Mary Cannon Veed Associates
838 S GARFIELD ST
HINSDALE IL 60521-4525

**USPS CERTIFIED MAIL**

9407 1118 9876 5829 3622 97

Timothy Weakley
414 E MOUNTAIN VIEW RD APT 503
JOHNSON CITY TN 37601-1277

$4.05    US POSTAGE
FIRST-CLASS
Aug 10 2020
Mailed from ZIP 60521

11923275



062S0012913542

| | |
|---|---|
| Reference | Weakley |
| USPS # | 9407111898765829362297 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered at Aug 15 in JOHNSON CITY,TN 37601. |
| USPS History | Notice Left (No Authorized Recipient Available) at Aug 14 in JOHNSON CITY,TN 37601.<br>Out for Delivery at Aug 14 in JOHNSON CITY,TN 37601.<br>Arrived at Unit at Aug 14 in JOHNSON CITY,TN 37601.<br>Arrived at USPS Regional Destination Facility at Aug 13 in JOHNSON CITY TN DISTRIBUTION CENTER, .<br>Departed USPS Regional Facility at Aug 13 in KNOXVILLE TN DISTRIBUTION CENTER, .<br>Arrived at USPS Regional Destination Facility at Aug 13 in KNOXVILLE TN DISTRIBUTION CENTER, .<br>In Transit to Next Facility at Aug 12 in , .<br>Departed USPS Regional Origin Facility at Aug 11 in BEDFORD PARK IL DISTRIBUTION CENTER, .<br>Arrived at USPS Regional Origin Facility at Aug 10 in BEDFORD PARK IL DISTRIBUTION CENTER, .<br>Departed Post Office at Aug 10 in HINSDALE,IL 60521.<br>USPS in possession of item at Aug 10 in HINSDALE,IL 60521. |

**Electronic Delivery Confirmation Report © 2020** Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com. USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2020** Certified Mail Envelopes, Inc.    www.Certified-Mail-Labels.com  www.Certified-Mail-Envelopes.com
**Date Verified: 08/16/2020 (UTC)**