**Exhibit C to Motion to Withdraw**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WEAKLEY,        )<br>   Plaintiff,          )<br>                   )<br>  v.                )<br>                   )<br>CARGO NETWORK LEASING, INC., )<br>PUTNIK EXPRESS, and PERICA  )<br>MANOJLOVIC,          )<br>   Defendants.         )<br>_____)<br>                   )<br>GLOBAL CARGO LEASING, INC., dba )<br>GLOBAL CARGO, INC.,       )<br>   Counter-plaintiff,       )<br>                   )<br>  v.                )<br>                   )<br>TIMOTHY WEAKLEY        )<br>   Counter-defendant.      )<br>_____)<br>                   )<br>CARGO NETWORK SOLUTIONS, INC. )<br>Dba PUTNIK EXPRESS,       )<br>   3RD Party Plaintiff,      )<br>                   )<br>  v.                )<br>                   )<br>WEAKLES TRUCKING SERVICES, INC.,)<br>   3RD Party Defendant.     ) | Case No. 19 CV 4402<br><br>Judge Andrea R. Wood |

**Proposed Order**

  This matter coming on to be heard on the motion of Mary Cannon Veed, Settlement Assistance Program Counsel, for leave to withdraw as counsel, the Court being fully advised in the premises and due notice having been given, the Motion is **Granted/Denied.**

                   _____
                   Susan E. Cox, District Judge

Dated_____